# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert N. Bennett                            CHAPTER 13

Debtor(s)

BKY. NO. 20-21772 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2005-3CB, Mortgage Pass-Through Certificates, Series 2005-3CB and index same on the master mailing list.

                                                       Respectfully submitted,

                                                       /s/ **Brian C. Nicholas**
                                                       Brian Nicholas
                                                       18 Jul 2022, 07:00:28, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com