IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Robert N. Bennett, ) | Case No. 20-21772 GLT |
|    Debtor ) | Chapter 13 |
| ) | |
| ) | Related to Docket No. 92 |
| Robert N. Bennett, ) | |
|    Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Douglas Education Center and ) | |
| Ronda J. Winnecour, Trustee, ) | |
|    Respondents ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 23, 2022, a true and correct copy of the *Order to Pay Trustee* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF Filing**
Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**

Douglas Education Center
Attn: Payroll Dept.
130 Seventh Street
Monessen, PA 15062

Robert N. Bennett
137 Branthoover Street
Belle Vernon, PA 15012

Date of Service: August 23, 2022

/s/ Christopher M. Frye 208402
Christopher M. Frye 208402, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000