IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert N. Bennett, | ) | Case No. 20-21772 GLT |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Document No. WO-1 |
| Robert N. Bennett, | ) | |
| Social Security No. XXX-XX-7211 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Parzynski Funeral Home and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on December 4, 2024, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, unless otherwise noted, upon the following persons and parties:

Ronda J. Winnecour, Chapter 13 Trustee – Via ECF mail

Robert N. Bennett
137 Branthoover Street
Belle Vernon, PA 15012

Parzynski Funeral Home
Attn: Payroll Dept.
626 Broad Ave
Belle Vernon, PA 15012

Date of Service: December 4, 2024     /s/ Christopher M. Frye
                                                            Christopher M. Frye, Esquire
                                                            Steidl & Steinberg, P.C.
                                                            436 Seventh Avenue, Suite 322
                                                           Koppers Building,
                                                           Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           PA ID 208402
                                                           chris.frye@steidl-steinberg.com