**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/04/2025

IN RE:

ROBERT N. BENNETT
137 BRANTHOOVER STREET
BELLE VERNON,  PA  15012
XXX-XX-7211            Debtor(s)

Case No. 20-21772 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/4/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim | Court Claim | INT % | CRED DESC | ACCOUNT NO. | CLAIM | COMMENT |
|---|---|---|---|---|---|---|---|
| **BANK OF AMERICA**<br>PO BOX 982238<br>EL PASO, TX 79998 | 1 | | 0.00% | UNSECURED CREDITOR | 2643 | 0.00 | AVD/DOE*ADR/ADV |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | 2 | 2 | 0.00% | VEHICLE | 6193 | 0.00 | PD OUTSIDE/PL*CL=36501.03 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | 3 | 1 | 0.00% | UNSECURED CREDITOR | 9740 | 12,118.88 | JUDGMNT AVD/DOE*CITIBANK |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | 4 | 3 | 0.00% | UNSECURED CREDITOR | 8973 | 10,588.77 | LIEN RELEASED~AVD W/D*CL=UNS |
| **BANK OF NEW YORK MELLON -TRUSTEE CERT**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | 5 | 5 | 0.00% | MORTGAGE REGULAR PAYMEN | 5390 | 0.00 | PMT/DCLAR*554.18/PL@BAYVIEW*DKT4PMT-LMT*BGN 7/20 |
| **BLATT HASENMILLER LEIBSKER & MOORE LLC**<br>1835 MARKET ST STE 501<br>PHILADELPHIA, PA 19103 | 6 | | 0.00% | NOTICE ONLY | | 0.00 | |
| **HAYT HAYT & LANDAU LLC**<br>123 S BROAD ST STE 1325<br>PHILADELPHIA, PA 19109 | 7 | | 0.00% | NOTICE ONLY | | 0.00 | |
| **APOTHAKER SCIAN PC**<br>100 CENTURY PKWY STE 310<br>PO BOX 5496<br>MT LAUREL, NJ 08054-5496 | 8 | | 0.00% | NOTICE ONLY | | 0.00 | |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 9 | | 0.00% | NOTICE ONLY | | 0.00 | |
| **CHRISTINE BENNETT**<br>115 VERNON DR<br>WEST NEWTON, PA 15089 | 10 | | 0.00% | SUPPORT/ALIMONY CONT. | | 0.00 | NT PROV/PL*NO$/SCH |

| CLAIM RECORDS | | |
|---|---|---|
| **CHASE CARD SERVICES\*\*** <br> PO BOX 15298 <br><br> WILMINGTON, DE 19850 | Trustee Claim Number:11  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1426 |
| **CHRYSLER CAPITAL** <br> PO BOX 961275 <br><br> FORT WORTH, TX 76161 | Trustee Claim Number:12  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: AUTO LOAN DFNCY/SCH\*DKT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **JEFFERSON HOSPITAL++** <br> PO BOX 643054 <br><br> PITTSBURGH, PA 15264-3054 | Trustee Claim Number:13  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8100 |
| **UALU 354 FCU** <br> PO DRAWER I <br><br> YOUNGWOOD, PA 15697 | Trustee Claim Number:14  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **UALU 354 FCU** <br> PO DRAWER I <br><br> YOUNGWOOD, PA 15697 | Trustee Claim Number:15  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: LOAN DFNCY BLNC/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **UPMC HEALTH SERVICES** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN 55440 | Trustee Claim Number:16  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **WILLIAM CRAIG ESQ++** <br> MORTON AND CRAIG <br> 110 MARTER AVE STE 301 <br> MOORESTOWN, NJ 08057 | Trustee Claim Number:17  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE** <br> NEED VERIFICATION <br><br> | Trustee Claim Number:18  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: ND ADR~STEPHANIE PETRUSKI/SCH H | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number:19  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: CAP 1 AUTO/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON -TRUSTEE CERT** <br> C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN <br> PO BOX 10826 <br> GREENVILLE, SC 29603-0826 | Trustee Claim Number:20  INT %: 0.00% <br> Court Claim Number:5 <br><br> CLAIM: 18,057.25 <br> COMMENT: CL5GOV\*14,000/PL@BAYVIEW\*THRU 6/20 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 5390 |

| **PNC BANK NA** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 94982 | Court Claim Number:3 | ACCOUNT NO.:  8973 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT:  see 4 | |

| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 4457 | Court Claim Number:4 | ACCOUNT NO.:  0001 |
| | CLAIM:  57.21 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |

| **MANLEY DEAS KOCHALSKI LLC** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT:  PNC BANK/PRAE | |

| **PADGETT LAW GROUP** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 6267 OLD WATER OAK RD STE 203 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| TALLAHASSEE, FL  32312 | COMMENT:  BANK OF NY MELLON/PRAE | |

| **KML LAW GROUP PC*** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BANK OF NY MELLON/PRAE | |