Certificate Number: 17082-PAW-DE-039865691

Bankruptcy Case Number: 20-21772



17082-PAW-DE-039865691

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2025, at 4:49 o'clock AM MST, ROBERT N BENNETT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 14, 2025

By: /s/Mary J Miller

Name: Mary J Miller

Title: Certified Credit Counselor