FILED
7/17/25 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-21772-GLT |
| | : | Chapter: | 13 |
| Robert N. Bennett | : | | |
| | : | | |
| | : | Date: | 7/16/2025 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #113 - Trustee's Motion to Dismiss Case
   #115 - Response Filed by Debtor

**APPEARANCES**:
   Debtor:   Abagale Steidl
   Trustee:    Ronda J. Winnecour

**NOTES:**

Winnecour: I have no objection, it is $2324.52 which is the base down from a confirmed plan. I would also like to remind Ms. Stiedl that I am looking for a fee application.

Stiedl: The Debtor has a wage attachment in place that is biweekly that continues to attach. We believe payments will be completed by the end of July. I am aware of the fee application and my office is working on that.

Winnecour: Also the Debtor needs to resume effective September.

**OUTCOME:**

1. For the reasons stated on the record at the July 16, 2025 hearing, the *Trustee's Motion to Dismiss Case* [Dkt. No.113] is continued to September 15, 2025 at 9 a.m. with the expectation that the Debtor will have cured the remaining amounts by that time and taken over long term continuing debt as of September 1, 2025. [Text Order]

**DATED:** 7/16/2025