Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert N. Bennett** | : | Case No. 20−21772−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 130 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/22/25 at 11:00 AM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   ***AND NOW,*** this ***The 27th of August, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 130 by the Chapter 13 Trustee,

   It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

   (1) ***On or before October 10, 2025***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on ***October 22, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

                        _____
                          Gregory L. Taddonio, Chief Judge
                          United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert N. Bennett  
  Debtor

Case No. 20-21772-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3  
Date Rcvd: Aug 27, 2025  Form ID: 604  Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert N. Bennett, 137 Branthoover Street, Belle Vernon, PA 15012-2407 |
| 15251480 | + | Bank of America, c/o BLATT HASENMILLER LIEBSKER, 1835 MARKET STREET SUITE 501, ATTN: NATHALIE PAUL, ESQUIRE, Philadelphia, PA 19103-2933 |
| 15251481 | | Bank of America, C/O HAYT HAYT & LANDAU, 123 S BROAD STREET SUITE 1660, ATTN: ARTHUR LASHIN, eSQUIRE, Philadelphia, PA 19109-1003 |
| 15251483 | | Calvalry SPV I, LLC, c/o Apothaker & Associates, PC, Attn: David Apothaker, Esquire, Mount Laurel, NJ 08054 |
| 15251488 | + | Christine L. Bennett, 115 Vernon Drive, West Newton, PA 15089-1135 |
| 15251490 | | Jefferson Hospital, PO Box 643054, Pittsburgh, PA 15264-3054 |
| 15251491 | | Jefferson Hospital, PO Box 3475, Toledo, OH 43607-0475 |
| 15251492 | + | Michael McKeever, Esquire, KML Law Group, 701 Market St #5000, Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15251495 | | PNC Bank, PO Box 31080, Pittsburgh, PA 15230 |
| 15251499 | | UALU 354 Federal Credit Union, 271 Armbrust Road, Youngwood, PA 15697 |
| 15251497 | + | UALU 354 Federal Credit Union, PO Box 1, Youngwood, PA 15697-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 00:46:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15251479 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2025 00:42:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15251482 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 28 2025 00:42:00 | Bank of America, 100 N Tryon Street, Charlotte, NC 28202-4036 |
| 15251484 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 28 2025 00:45:10 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15254084 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 28 2025 00:56:58 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15251486 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2025 00:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15251487 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2025 00:45:06 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 15251489 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2025 00:43:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 15251494 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15270153 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2025 00:42:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: 604 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 15277893 | + Email/Text: mtgbk@shellpointmtg.com | Aug 28 2025 00:42:00 | THE BANK OF NEW YORK MELLON, 55 Beattie Place, Suite 100 MS 561, Greenville, SC 29601-2137 | |
| 15251496 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2025 00:42:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce DeLeon Boulevard, Coral Gables, FL 33146-1837 | |
| 15251500 | Email/Text: BNCnotices@dcmservices.com | Aug 28 2025 00:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 | |
| 15275226 | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2025 00:45:33 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 | |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| 15251485 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15252406 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15277895 | *+ | THE BANK OF NEW YORK MELLON, 55 Beattie Place, Suite 100 MS 561, Greenville SC 29601-2137 |
| 15251498 | *+ | UALU 354 Federal Credit Union, PO Box 1, Youngwood, PA 15697-0001 |
| 15251493 | ##+ | Morton and Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| Christopher M. Frye | |
| | on behalf of Debtor Robert N. Bennett chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Plaintiff Robert N. Bennett chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | |

Case 20-21772-GLT    Doc 135    Filed 08/29/25    Entered 08/30/25 00:34:25    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: 604 | Total Noticed: 25 |

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB dcarlon@kmllawgroup.com

Joshua I. Goldman

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-3CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-3CB josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7